FILED LODGED
RECEIVED
SEP 26 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL E. MARTIN, Defendant. | CASE NO. MJ 12-5165<br>COMPLAINT FOR VIOLATION Title 18, United States Code, Section 115 |

BEFORE The Honorable J. Richard Creatura, United States Magistrate Judge, Tacoma Washington.

**COUNT 1**

**(Threats to Kill Assault Federal Law Enforcement Officer)**

During ~~July 2011,~~ SEPTEMBER, 2012, within the Western District of Washington and elsewhere, Michael E. Martin did knowingly threaten to assault a Federal law enforcement officer whose killing would be a crime under Title 18, United States Code, Section 1114, with intent to impede, intimidate, and interfere with the Federal law enforcement officer's while engaged in the performance of the officer's official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and 115((b)(4).



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

The undersigned complainant, Gary W. France, being duly sworn, further deposes and states as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Seattle Division, Tacoma Resident Agency. I have been an FBI Special Agent since July 2002. Before becoming an FBI agent, I practiced accounting as a C.P.A. in Washington State. After entering on duty with the FBI, I have been continuously employed as a Special Agent investigating a wide variety of criminal violations to include violent crimes related to threats and crimes to assault, kidnap, and murder.

2. The information contained in this Complaint is based upon my investigation, my training and experience, and information related to me by other law enforcement agents and officers. Based upon the investigation so far, I believe there is probable cause to believe MICHAEL E. MARTIN has violated United States Code, Title 18, Section 115 - Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member, (a)1(B) threatens to assault or murder a Federal law enforcement officer with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance her official duties, and with intent to retaliate against such law enforcement officer on account of the performance of her official duties. A federal law enforcement officer is defined as "any officer, agent, or employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law." 18 U.S.C. §115(c)(1).

3. Based on the investigation so far, I believe these violations have occurred in the Western District of Washington. Because this Complaint is made for the limited purpose of establishing probable cause for the crime of Threats to Kill Federal Law Enforcement Officer, I am not including each and every fact learned by me and other agents and officers during the investigation.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

*SUMMARY OF FACTS ESTABLISHING PROBABLE CAUSE*

4. Michael E. Martin was a member of the United States Army for approximately 12 years until he was discharged on June 15, 2012 with a character of service of "Under Other Than Honorable Discharge." Martin was then permanently barred from the Joint Base Lewis-McChord (JBLM). On June 28, 2012, Martin was apprehended on JBLM for suspicion of trespassing. Martin has a Facebook page and shortly following his apprehension, on approximately June 28 or 29, 2012, the following posts were on his Facebook page: "I just wanna give a big FFFUCK YOUUUU!!! To Fort Lewis! Thanks 4 arresting me 4 going 2 college tonite, that was awesome!! 1st yall put me in jail 4 takin care of mommy when daddy died, now u arrest me 4 goin 2 skool?!?! Whats next, r yall gonna take me to court 4 eating breakfast? Maybe take me in 4 goin 2 tha bathroom?!? FUCK YOU!!! Keep this up & im gonna put my bomb-makin skillz 2 work!!! Think im fuckin playin." I believe that Martin composed these threatening statements and placed them on his Facebook page. I am not aware of any other person who has access to Martin's Facebook page. Based on this investigation, I have learned that Martin resides alone in an apartment in Tumwater, Washington.

5. On June 29, 2012, an email was sent by Michael E. Martin using email address mikemartin80@gmail.com to K.C., an administrative specialist at Stone Education Center, JBLM. In this email, Martin discusses various issues he has with the military and explains his Facebook posting regarding bomb making. Attached to the June 29, 2012, email was a photograph of Martin wearing sunglass and flipping both of his middle fingers toward the camera.

6. On July 5, 2012, Michael E. Martin was contacted at his residence by members of the FBI Joint Terrorism Task Force, and local police officers, regarding the June 28, 2012, Facebook posting. Martin declined to allow the FBI and local police to enter his apartment. Martin advised he had no weapons, bombs or explosive devices and is completely avoiding any contact with JBLM. Martin acknowledged that he made the



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

statements on his Facebook page, and claimed that his reference to "bomb-makin skillz" was in reaction to being pulled out of class the previous week and subsequently arrested for trespassing on JBLM. Martin advised he had no intention of bombing the JBLM or causing physical harm to others.

7. In September 2012, Michael E. Martin submitted a report to the JAG Office claiming that his ex-girlfriend, A.E.P., had engaged in acts of harassment, assault, and perjury. A.E.P. is employed by the United States Army with the rank of E-4 Specialist (SPC). During 2011, Martin and A.E.P. were in a dating relationship. When A.E.P. made attempts to end the relationship, Martin was abusive, harassing, and threatening towards A.E.P.

8. In February 2012, a summary court martial was held as to several violations by Martin. He was charged with the following violations under Army Regulation AR635200, Chapter 14-12(c):

Charge 1: Article 86.

Specification 1: Unauthorized absence from unit from 28 Aug 10 to 6 Sep 10.

Specification 2: Unauthorized absence from unit from 1 Nov 11 to 2 Nov 11.

Charge II: Article 92.

Specification 1: On or about 7 November 2011 willfully disobeyed a lawful order from First Sergeant Anthony Liles to "not leave the company orderly room without the permission of either Captain Matthew T. Ford or First Sergeant Anthony Liles," or words to that effect.

Specification 2: On or about 8 November 2011 willfully disobeyed a lawful order from First Sergeant Anthony Liles to "not leave the company orderly room without the permission of either Captain Matthew T. Ford or First Sergeant Anthony Liles," or words to that effect.

Charge III: Article 107



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

On or about 22 September 2011, with intent to deceive, make to Captain Matthew T. Ford on official statement, which was totally false, and was then known by the accused to be so false.

Martin was found to have committed these violations and received a sentence of thirty days and a suspended fine.

9. In May 2012, an administrative hearing was held to determine Martin's suitability to continue active service. At this hearing, it was decided for Martin to be discharged for Other Than Honorable Conditions. On June 15, 2012, Martin was formally discharged from the U.S. Army.

10. On Friday, September 21, 2012, at 09:54 AM, this email was sent from Micheal Martin using email address mikemartin80@gmail.com to M.W.S., Chief of Military Police Investigations, Provost Marshal Office: "Mike, Hey there Mike, so as you know I came in a couple weeks ago and submitted my statement to one of your officers. He told me he'd get back to me within a week and let me know if the JAG was actually going to do anything about this or not. It's been 2 weeks now, so I was just wanting to see what's going on with this whole issue right now. Please let me know what's up. Thanks Michael E. Martin United States Army." Attached to this Martin's email to M.W.S. was a Word document entitled, "Cruelty, Maltreatment & Toxicity."

11. I have reviewed the "Cruelty, Maltreatment & Toxicity" document sent by Martin to M.W.S. This is a lengthy document detaining Martin's anger towards his ex-girlfriend, A.E.P. and several other members of the U.S. Army. Much of the document provides a detailed history of a volatile relationship with A.E.P. and the "lies" that he claims A.E.P. made against him which contributed and lead to his discharge from the Army. The document contains numerous inflammatory statements about A.E.P. as well as other military staff, and Martin's belief that they conspired to have him discharged from the Army. Some of the claims made by Martin in the "Cruelty & Maltreatment" document are as follows:



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

a. There are "numerous efforts to cover up and hide these wrongdoings from the CID and JAG . . . so that nobody will find out the real truth, and so that I would ultimately take the fall for everybody. These crimes include (but are not limited to) SPC [A.E.P.'s] harassment, stalking-death threats, sexual assault, assault, assault with a weapon, lying to Thurston County police, committing perjury in both civilian and military courts martial against me, false official statements made via written sworn statements (submitted to my unit Nov 2011 by SPC [A.E.P.], making false official statements at my Administrative Separation Board, gross dereliction of duty and cruelty and maltreatment (from CPT [M.T.F.], CPT [B.B.], [and others]). I have substantial evidence, pictures, text messages, written official documents & hours of audio recordings from my attorney (Cpt Ryan A. Sweet - JBLM TDS Office) to back up these accusations and prove that what I'm saying is true. On 15 June 2012, I recieved [sic] an Other than Honorable Discharge because of the crimes, false statements, and perjury committed against me by SPC [A.E.P.] & CPT [M.T.F.]. SPC [A.E.P.] has lied about me repeatedly, even in military court, and I do not think that my entire future and livelihood should be decided by the testimony of those who have broken the law and regulation against me, especially since one of them (SPC [A.E.P.] sexually assaulted me and threatened to kill me via text message shortly after I shot down her sexual advances. I am writing this document to ask that you hold every one of these soldiers accountable for their actions and crimes against me because so far both my unit and SPC [A.E.P.'s] unit have kept everything hidden from the CID and not a single one of them have been held accountable for their disgusting violations of the UCMJ against me."

b. "To this day SPC [A.E.P.] has not paid for a single one of her UCMJ violations against me, while my life & career has been COMPLETELY destroyed. I cannot draw unemployment, can't get a job, nobody will hire me because of the OTH discharge stemming from her lies so my 13 years of service I cannot even claim to any employer, I had to drop out of college, my car insurance dropped me because of the



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

discharge, I cannot afford registration or insurance of any kind because of the financial devastation the demotions from SPC to PVT (because of SPC [A.E.P.'s] lies) has caused me, I lost my internet, NO veteran's organizations will help me - not even the VA Veteran's Homeless Prevention Program - they are perfectly ok with seeing me go homeless because of the lies SPC [A.E.P.] told about me that led to the OTH dischare. I can't get any medical or dental care because of the discharge, I'm now on probation for 2 years because of the lies she told the Thurston County authorities & can't even go home to see my elderly and disabled mother whose in bad health and desperately needs my help, I can't transfer to USC anymore because of her lies, I can't possess a firearm which means I can't even use my 13 years of military experience to land a job with the hundreds of security firms worldwide who look for veterans like me. I now have to attend a full year of domestic violence "treatment" ordered from the Thurston County Court despite the fact that I was the VICTIM of her violent assault and assault with a weapon and the fact that I've never EVER touched a woman in my entire life, and there is absolutely no evidence whatsoever to support that I've ever assaulted anybody, man or woman, except for SPC [A.E.P.'s] words. THIS IS COMPLETELY MESSED UP!!! I'M THE VICTIM HERE, NOT HER!! SHE NEEDS THE DOMESTIC VIOLENCE TREATMENT - NOT ME!! I can't even afford to pay for that treatment or my car registration/insurance, which means I'm in danger of being arrested and thrown in jail for violation of probation just because I can't afford to pay for the "treatment" . . . It's only fair, and they shouldn't be able to go on living their lives like nothing happened, while I've lost EVERYTHING I worked my entire adult life the last 13 years for."

c. "I was wrongfully taken away from my wife and family because of the UCMJ violations committed against me by these two "officers." It is for this reason that I ask a full-length investigation be conducted into CPT Brimhall and CPT [M.T.F.]'s conduct over the past year, because I'm definitely not the only soldier CPT [M.T.F.] screwed, not by a long shot. The unit's Chaplain, Chaplain Jerry Squires, has received

numerous complaints from several soldiers about CPT [M.T.F.]'s "leadership" over the past year.. CPT [M.T.F.]'s actions and willingness to compromise his own Integrity to protect SPC [A.E.P.] and put me in jail shows that he doesn't deserve to be an officer, leader, or soldier at all. His actions are also an embarrassment to the Officer Corps and not in keeping with the even the minimum standards of the Army. This is an offense that he should be relieved and decommissioned for, and other commanders and leaders have been relieved for. We are now a "cream of the crop" Army and CPT [M.T.F.] is definitely not cream of the crop material. He is a weak man and a liar who's willing to abuse his power as a commander to go way out of his way to screw soldiers he doesn't like, and protect the ones he does. Many soldiers and NCO's in HHT 4/6 ARS share the same sentiment and are quite happy to see CPT [M.T.F.] gone . . . . CPT Troy Hokanson, his replacement, has proven himself to be a real commander who can make his own decisions and also punish and reward fairly and impartially. I thank god everyday that I never had to deploy to combat with CPT [M.T.F.] because surely, I would've been coming home to mom in a flag-covered casket."

12. I have also obtained other information about Martin's harassment of SPC A.E.P. In an email sent by Martin on September 20, 2011, at 5:01 p.m., utilizing email account name, evilmikey2001@yahoo.com to an email address for SPC A.E.P., the subject line was: "U lying sack of shit!!!". The text of the mail read: "u think this is over bitch? oh it SOOOOOO is not over!! BAD THINGS HAPPEN TO LIARS!!! See u in court in a couple weeks u lying cunt, and this time the judge will actually ask u to provide evidence for all those lies that u told in court today, I'll be looking forward to that one u pathetic sack of shit. U have no idea how dad u fucked up today, ur life is gonna get so much worse.. I was gonna leave ur baby daddy and unit out of it, but not anymore, this is FAR FROM OVER. Just one word -- APPEAL! -- it's going to happen and the attorneys r gonna eat u alive, not just eat up all ur lies and believe them! That judge is fucking incompetent and that ruling is going to get overturned. I can't believe u did this



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

to me when I didn't do shit to u!! u fucking ruined my life, now I got a BULLSHIT fucking restraining order on my record? Well guess what, YOU WILL TOO BITCH!! god u have no fucking idea how mad I am at u, I cannot believe u would do this to me just cuz I didn't pay ur rent for u, u fucking worthless penniless stripper!! PAY UR OWN FUCKING BILLS AND STOP MESSING WITH PPLS LIVES!!! YOU MESS WITH MY FUCKING LIFE?? GUESS WHAT, IM MESSING WITH URS RIGHT BACK!!!! THIS IS GOING STRAIGHT BACK TO FUCKING THRUSTON COUNTY SUPERIOR COURT AND A REAL FUCKING JUDGE WITH SOME REAL FUCKING ATTORNEYS ARE GOING TO SORT THIS THING OUT AND DISSSECT YOUR BULLSHIT FUCKIGN LIES!!! I HAVE EVIDENCE TO SUPPORT MY CASE, UDONT HAVE SHIT TO SUPPORT UR LIES!!! UR LUCKY THE JUDGE DIDN'T ASK U ABOUT THEM, THAT'S OK... I'M TAKING THIS A STEP FURTHER, TO A JUDGE AND ATTORNEYS WHO ARE GOING TO FUCK YOUR WORLD UP!!! SMILE FOR ME WHEN U GET THIS, BECAUSE I'M LETTING U KNOW RIGHT NOW, I'M TAKING THIS SHIT TO THE VERY END... AND THERE IS NO WAY I'M LOSING. I'M GOING TO WIN THIS.. BECAUSE I'M A GOOD PERSON, YOU'RE A HORRIBLE LIAR AND I HAVE SO MUCH EVIDENCE AGAINST YOU IT'S NOT EVEN FUNNY. See u superior court... oh wait, that's not the only court, there are two courts that i'm going to see you in."

13. I have obtained a copy of a Military Police Report, 02797-2012-MPC016, dated June 11, 2012, filed at 2:00 a.m. This report stated that Martin was being escorted by an NCO and jumped out of the moving car. Martin then fled in his personal vehicle to an unknown location. Subsequently Martin posted suicide ideations on his Facebook page. Local police were requested to conduct a welfare check at his residence but he was not there.

14. I have reviewed a criminal history report for Michael E. Martin and confirmed that there is an active restraining order prohibiting Martin from assaulting,



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

threatening, abusing, harassing, following, interfering, or stalking SPC A.E.P., as well as prohibited from having any contact with her.

15. On September 21, 2012, at 11:07 a.m., Provost Marshal Office, Chief M.W.S. sent the following email to Micheal E. Martin at mikemartin80@gmail.com.

> "Michael, One of our investigator's just returned from meeting with CPT [C.D.E] (SJA). Who after reviewing the entire complaint opined there was no evidence to substantiate that a criminal act was committed on the installation and therefore, any potential communication of a threat, would be the purview of the jurisdiction in which it occurred. He related that the installation (SJA) was well aware of the allegations and have looked into the matter and consulted the chain of command. Sir, at his point there is nothing we can do to further the process and would suggest you coordinate with Thurston County if you wish to pursue criminal charges against your former girlfriend. Thanks for your patience, Mike"

16. On September 21, 2012, at 9:30 p.m., Martin sent the following email reply from mikemartin80@gmail.com to Chief M.W.S.:

> "I have just one question about that, how come the SJA saw fit to pursue charges against me for "communicating a threat" to SPC [A.E.P.] by sending her an email telling her I was taking her to court - even though we were both off post, but won't pursue charges against her for FUCKING THREATENING TO KILL ME. u tell that mutherfucker if he doesn't pursue charges against her for threatening to kill me then i'm going to fucking murder her, murder him, and murder everyone else who fucking destroyed my life, my career, and too away my ability to take care of my elderly disabled mother with bullshit charges that were illegal and unlawful and unjust. if they can pursue charges against me and convict me for "threating' to take her to court for committing purjury against me when we were both offpost when i sent that email then they can absolutely pursue charges against her for fucking threatening to kill me!!! i'm not fucking playing with you fucking idiots anymore. if anybody dies out of this then the blood is on the JAG'S HANDS NOT MINE. IF THEY DON'T PURSUE CHARGES AGAINST HER LIKE THEY UNLAWFULLY DID ME THEN SOLDIERS ARE GOING TO FUCKING DIE!!!
>
> Sent from my SICK iPhone 4S ;-)"

17. CPT C.D.E. is a Staff Advocate Judge Prosecutor. I have learned that CPT C.D.E. reviewed the allegations made by Michael E. Martin concerning his ex-girlfriend as well as other military personnel and subsequent investigation by JAG investigators, and based on this information, CPT C.D.E. made a decision not to seek any charges



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

against SPC A.E.P. This role by CPT C.D.E. falls squarely within his official duties as a SAJ Prosecutor, as well as his decision to decline charges.

18. With his military training, I believe that Michael E. Martin has access to firearms and other devices capable of causing physical harm and death to other person, including CPT C.E.D.. I believe that Martin poses a serious and real threat to the safety of CPT C.E.D. and other military personnel with whom Martin has expressed anger and resentment, and a desire to harm in retaliation for their official findings and decisions in declining to file charges against SPC A.E.P.

19. Based on the foregoing, I submit that there is probable cause to believe that MICHAEL E. MARTIN has committed the crime of Threats to Kill a Federal Law Enforcement Officer in violation of Title 18, United States Code, Section 115(a)(1)(B).

GARY W. FRANCE, Complainant
Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this 26th day of September, 2012.

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970